WILLIAM C. MORISON-KNOX (No. 99981)
MARC J. DEREWETZKY (No. 130944)
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

FILED

2005 OCT 13 P 1:40

CLERK, US DIST. COURT
E. DIST. CALIF

LODGED

OCT 07 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HARRIS CONSTRUCTION COMPANY, INC., and PACIFIC METRO ELECTRIC,

Plaintiffs,

vs.

ACE USA GROUP; ARKWRIGHT MUTUAL INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY AMERICA; FACTORY MUTUAL INSURANCE COMPANY; THE HARTFORD MUTUAL INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON KY; PENNSYLVANIA GENERAL INSURANCE CO.; ROYAL & SUN ALLIANCE USA INSURANCE GROUP; WINTERTHUR INTERNATIONAL AMERICA INSURANCE; ZURICH INSURANCE COMPANY; ZURICH SPECIALTIES LONDON LIMITED; ONE BEACON INSURANCE; and DOES 1 THROUGH 500, INCLUSIVE,

Defendants.

No. 04-CV-6109 REC (SMS)

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF HARRIS CONSTRUCTION COMPANY'S AND PACIFIC METRO ELECTRIC'S COMPLAINT AGAINST DEFENDANT ACE AMERICAN INSURANCE COMPANY AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by Plaintiffs Harris Construction, Inc., Pacific Metro Electric, Defendant ACE American Insurance Company and all other undersigned parties who have appeared in this action:

1. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Harris Construction Company and Pacific Metro Electric voluntarily dismiss their complaint against ACE American Insurance Company.

///

2. The dismissal as stated above is without prejudice, and with each party to bear its own costs or attorney fees.

3. This stipulation may be executed in any number of counterparts, each of which shall be dismissed, each of which shall be deemed an original, but all of which shall constitute one and that same instrument.

Dated: June 30, 2005

LAW OFFICE OF DEB C. PEDERSDOTTER

By: ______________________
Nancy J. Skovholt

Attorney for HARRIS CONSTRUCTION COMPANY, INC. and PACIFIC METRO ELECTRIC

Dated: June ____, 2005

MORISON-KNOX HOLDEN & PROUGH, LLP

By: ______________________
Marc J. Derewetzky

Attorneys for ACE AMERICAN INSURANCE COMPANY

Dated: June ____, 2005

SELMAN BRETIMAN LLP

By: ______________________
Nicholas Banko

Attorneys for MARYLAND CASUALTY COMPANY

Dated: June ____, 2005

MICHELMAN & ROBINSON, LLP

By: ______________________
Dean B. Herman

Attorneys for HARTFORD CASUALTY INSURANCE COMPANY

2. The dismissal as stated above is without prejudice, and with each party to bear its own costs or attorney fees.

3. This stipulation may be executed in any number of counterparts, each of which shall be dismissed, each of which shall be deemed an original, but all of which shall constitute one and that same instrument.

Dated: June ____, 2005

LAW OFFICE OF DEB C. PEDERSDOTTER

By: ______________________________
Nancy J. Skovholt

Attorney for HARRIS CONSTRUCTION COMPANY, INC. and PACIFIC METRO ELECTRIC

Dated: August 9, 2005

MORISON-KNOX HOLDEN & PROUGH, LLP

By: ______________________________
Marc J. Derewetzky

Attorneys for ACE AMERICAN INSURANCE COMPANY

Dated: August ____, 2005

SELMAN BRETIMAN LLP

By: ______________________________
Nicholas Banko

Attorneys for MARYLAND CASUALTY COMPANY

Dated: August ____, 2005

MICHELMAN & ROBINSON, LLP

By: ______________________________
Dean B. Herman

Attorneys for HARTFORD CASUALTY INSURANCE COMPANY

2. The dismissal as stated above is without prejudice, and with each party to bear its own costs or attorney fees.

3. This stipulation may be executed in any number of counterparts, each of which shall be dismissed, each of which shall be deemed an original, but all of which shall constitute one and that same instrument.

Dated: June ____, 2005

LAW OFFICE OF DEB C. PEDERSDOTTER

By: ________________________
Nancy J. Skovholt

Attorney for HARRIS CONSTRUCTION COMPANY, INC. and PACIFIC METRO ELECTRIC

Dated: August ____, 2005

MORISON-KNOX HOLDEN & PROUGH, LLP

By: ________________________
Marc J. Derewetzky

Attorneys for ACE AMERICAN INSURANCE COMPANY

Dated: ~~September~~ October 4, 2005

SELMAN BRETIMAN LLP

By: [signature] for
Nicholas Banko

Attorneys for MARYLAND CASUALTY COMPANY

Dated: September ____, 2005

MICHELMAN & ROBINSON, LLP

By: ________________________
Dean B. Herman

Attorneys for HARTFORD CASUALTY INSURANCE COMPANY

2. The dismissal as stated above is without prejudice, and with each party to bear its own costs or attorney fees.

3. This stipulation may be executed in any number of counterparts, each of which shall be dismissed, each of which shall be deemed an original, but all of which shall constitute one and that same instrument.

Dated: June ____, 2005

LAW OFFICE OF DEB C. PEDERSDOTTER

By: ______________________
Nancy J. Skovholt

Attorney for HARRIS CONSTRUCTION COMPANY, INC. and PACIFIC METRO ELECTRIC

Dated: August ____, 2005

MORISON-KNOX HOLDEN & PROUGH, LLP

By: ______________________
Marc J. Derewetzky

Attorneys for ACE AMERICAN INSURANCE COMPANY

Dated: September ____, 2005

SELMAN BRETIMAN LLP

By: ______________________
Nicholas Banko

Attorneys for MARYLAND CASUALTY COMPANY

Dated: September 7, 2005

MICHELMAN & ROBINSON, LLP

By: [signature]
Dean B. Herman

[Order must state dismissal is "without prejudice"]

Attorneys for HARTFORD CASUALTY INSURANCE COMPANY

Dated: September 7, 2005

CARLSON, CALLADINE & PETERSON

By: [signature]
Joyce C. Wang

Attorneys for FACTORY MUTUAL INSURANCE COMPANY and ARKWRIGHT MUTUAL INSURANCE COMPANY

Dated: September ____, 2005

WOLKIN CURRAN, LLP

By: ______________________
Brandt Louis Wolkin

Attorneys for PENNSYLVANIA GENERAL INSURANCE COMPANY

ORDER

THIS MATTER having come on regularly, and the Court having read and considered the stipulation of the Plaintiffs and Defendants who have appeared in this action, and being otherwise fully advised, hereby ORDERS that:

1. Plaintiffs Harris Construction Company's and Pacific Metro Electric's complaint against ACE American Insurance Company only is hereby dismissed without prejudice and without costs or attorneys' fees.

Dated: Oct 13, 2005

[signature]
The Honorable Robert E. Coyle

Dated: September ____, 2005

CARLSON, CALLADINE & PETERSON

By: ______________________________
Joyce C. Wang

Attorneys for FACTORY MUTUAL INSURANCE COMPANY and ARKWRIGHT MUTUAL INSURANCE COMPANY

Dated: September 8, 2005

WOLKIN CURRAN, LLP

By: David Myers
for Brandt Louis Wolkin

Attorneys for PENNSYLVANIA GENERAL INSURANCE COMPANY

ORDER

THIS MATTER having come on regularly, and the Court having read and considered the stipulation of the Plaintiffs and Defendants who have appeared in this action, and being otherwise fully advised, hereby ORDERS that:

1. Plaintiffs Harris Construction Company's and Pacific Metro Electric's complaint against ACE American Insurance Company only is hereby dismissed without prejudice and without costs or attorneys' fees.

Dated: ________________, 2005

______________________________
The Honorable Robert E. Coyle

PROOF OF SERVICE

I, the undersigned, an employee of Morison-Knox Holden & Prough, LLP, located at 500 Ygnacio Valley Road, Suite 450, Walnut Creek, California, 94596, declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter, action or proceeding.

On October 5, 2005, I served the following document(s):

- **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF HARRIS CONSTRUCTION COMPANY'S AND PACIFIC METRO ELECTRIC'S COMPLAINT AGAINST DEFENDANT ACE AMERICAN INSURANCE COMPANY AND [PROPOSED] ORDER**

on the parties in this matter at the noted addresses, as follows:

**SEE ATTACHED LIST**

☒ BY U.S. MAIL I deposited such envelope in the mail at Walnut Creek, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice for collection and processing of documents for mailing. Said documents are deposited with the United States Postal Service on that same day in the ordinary course of business.

BY FEDERAL EXPRESS I am familiar with the firm's practice of collecting and processing correspondence for delivery via Federal Express. Under that practice, it would be picked up by Federal Express on that same day at Walnut Creek, California and delivered the next day to the parties as listed on this Proof of Service.

BY OVERNITE EXPRESS I am familiar with the firm's practice of collecting and processing correspondence for delivery via Overnite Express. Under that practice, it would be picked up by Overnite Express on that same day at Walnut Creek, California and delivered the next day to the parties as listed on this Proof of Service.

☐ BY FACSIMILE I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service.

Executed on October 5, 2005, at Walnut Creek, California.

BRENDA L. ZUNIGA

**Harris Construction Co., et al. v. ACE USA Group, et al.**

SERVICE LIST

| | |
|---|---|
| Deb C. Pedersdotter, Esq.<br>Law Office of Deb C. Pedersotter<br>402 West Broadway, 4th Floor<br>San Diego, CA 92101-3554<br>Telephone: (619)291-3373<br>Facsimile: (619)293-7705<br>**Attorneys for Plaintiffs Harris Construction Co., Inc. and Pacific Metro Electric** | David Stuart Levy, Esq.<br>Robins Kaplan et al LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067-3283<br>Telephone: (310)552-0130<br>Facsimile: (310)229-5800<br>**Attorneys for Defendant Winterthur International America Insurance Co.** |
| Nicholas Banko, Esq.<br>Selman Breitman LLP<br>33 New Montgomery, 6th Floor<br>San Francisco, CA 94105<br>Telephone: (415)979-0400<br>Facsimile: (415)979-2099<br>**Attorneys for Defendant Zurich Insurance Company** | Joyce C. Wang, Esq.<br>Michele O. Blais, Esq.<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, CA 94111<br>Telelphone: (415)391-3911<br>Facsimile: (415)391-3898<br>**Attorneys for Defendant Arkwright Mutual Insurance Co.** |
| Dean B. Herman, Esq.<br>Katherine A. Tatikian, Esq.<br>Michelman & Robinson, LLP<br>15760 Ventura Boulevard, Suite 500<br>Encino, CA 91436<br>Telephone: (818)783-5530<br>Facsimile: (818)783-5507<br>**Attorneys for Defendant and Counterclaimant Hartford Casualty Insurance Co.** | |
| | |