1  DEAN B. HERMAN, SBN 076752
2  KATHERINE A. TATIKIAN, SBN 142665
   **MICHELMAN & ROBINSON, LLP**
3  15760 Ventura Boulevard, Suite 500
   Encino, California  91436
4  Telephone:  (818) 783-5530
5  Facsimile:   (818) 783-5507

6
   Attorneys for Defendant and Counterclaimant
7  **HARTFORD CASUALTY**
   **INSURANCE COMPANY**
8

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| HARRIS CONSTRUCTION COMPANY, INC. and PACIFIC METRO ELECTRIC,<br><br>          Plaintiffs,<br><br>     v.<br><br>ACE USA GROUP; ARKWRIGHT MUTUAL INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY AMERICA; FACTORY MUTUAL INSURANCE COMPANY; THE HARTFORD MUTUAL INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON KY; PENNSYLVANIA GENERAL INSURANCE CO.; ROYAL & SUN ALLIANCE USA INSURANCE GROUP; WINTERTHUR INTERNATIONAL AMERICA INSURANCE; ZURICH | CASE NO. 04-CV-6109 REC (SMS)<br><br>*[Assigned to the Hon. Robert E. Coyle]*<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>*Complaint Filed:   June 24, 2004* |

| | |
|---|---|
| 1 | INSURANCE COMPANY; ZURICH SPECIALTIES LONDON LIMITED; ONE BEACON INSURANCE; and DOES 1 through 500, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | |
| 7 | HARTFORD CASUALTY INSURANCE COMPANY, a Connecticut corporation, |
| 8 | |
| 9 | Counterclaimant, |
| 10 | |
| 11 | v. |
| 12 | HARRIS CONSTRUCTION COMPANY, INC., a California corporation and PACIFIC METRO ELECTRIC, a business entity of unknown form; |
| 13 | |
| 14 | |
| 15 | |
| 16 | Counterdefendants. |

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the complaint in the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each Party is to bear its own attorneys' fees, costs and expenses incurred in this lawsuit, as well as its own attorneys' fees, costs and expenses related to the "Leprino Claims" as identified in the parties' Settlement Agreement and Release in this action.

.

DATED: 1/20/06              **LAW OFFICES OF DEB C. PEDERSDOTTER**

                            **By**: /S/ Deb C. Pedersdotter
                                    Deb C. Pedersdotter
                            Attorneys for Plaintiffs and Counterdefendants
                            HARRIS CONSTRUCTION COMPANY, INC. and
                            PACIFIC METRO ELECTRIC

DATED: 1/26/06              **SELMAN BREITMAN LLP**

                            By: /S/ Jamie R. Tenero
                                    Nicholas Banko
                                    James Tenero
                            Attorneys for Defendant MARYLAND CASUALTY
                            COMPANY (Erroneously Sued Herein As ZURICH
                            INSURANCE COMPANY)

DATED: 1/19/06              **CARLSON, CALLADINE & PETERSON**

                            By: /S/ Nancy J. Strout
                                    Joyce Chungwhei Wang
                                    Nancy Strout
                            Attorneys for Defendant FACTORY MUTUAL
                            INSURANCE COMPANY, AS SUCCESSOR IN
                            INTEREST TO ARKWRIGHT MUTUAL
                            INSURANCE COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: 1/19/06 | **WOLKIN CURRAN, LLP** |
| 2 | | |
| 3 | | By: /S/ David F. Myers |
| | | Brant L. Wolkin |
| 4 | | Daniel F. Myers |
| | | Attorneys for Defendants ONE BEACON |
| 5 | | INSURANCE COMPANY and PENNSYLVANIA |
| | | GENERAL INSURANCE COMPANY |
| 6 | | |
| 7 | DATED: 2/1/06 | **MICHELMAN & ROBINSON, LLP** |
| 8 | | |
| 9 | | By: /S/ Katherine A. Tatikian |
| | | Dean B. Herman |
| 10 | | Katherine A. Tatikian |
| | | Attorneys for HARTFORD CASUALTY |
| 11 | | INSURANCE COMPANY (Erroneously Sued Herein |
| 12 | | As HARTFORD MUTUAL INSURANCE |
| | | COMPANY) |

**IT IS SO ORDERED.**

2/102006    /s/ ROBERT E. COYLE
            Hon. Robert E. Coyle