| | |
|---|---|
| 1 | DEAN B. HERMAN, SBN 076752 |
| 2 | KATHERINE A. TATIKIAN, SBN 142665 |
|   | **MICHELMAN & ROBINSON, LLP** |
| 3 | 15760 Ventura Boulevard, Suite 500 |
| 4 | Encino, California  91436 |
|   | Telephone:   (818) 783-5530 |
| 5 | Facsimile:    (818) 783-5507 |

Attorneys for Defendant and Counterclaimant
**HARTFORD CASUALTY INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIS CONSTRUCTION COMPANY, INC. and PACIFIC METRO ELECTRIC, | CASE NO. 04-CV-6109 REC (SMS) |
| | *[Assigned to the Hon. Robert E. Coyle]* |
| Plaintiffs, | **STIPULATION OF DISMISSAL OF HARTFORD CASUALTY INSURANCE COMPANY'S COUNTERCLAIM WITH PREJUDICE** |
| v. | |
| ACE USA GROUP; ARKWRIGHT MUTUAL INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY AMERICA; FACTORY MUTUAL INSURANCE COMPANY; THE HARTFORD MUTUAL INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S LONDON KY; PENNSYLVANIA GENERAL INSURANCE CO.; ROYAL & SUN ALLIANCE USA INSURANCE GROUP; WINTERTHUR INTERNATIONAL AMERICA INSURANCE; ZURICH | *Complaint Filed:   June 24, 2004* |

| | |
|---|---|
| 1 | INSURANCE COMPANY; ZURICH SPECIALTIES LONDON LIMITED; ONE BEACON INSURANCE; and DOES 1 through 500, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | |
| 7 | HARTFORD CASUALTY INSURANCE COMPANY, a Connecticut corporation, |
| 8 | |
| 9 | Counterclaimant, |
| 10 | |
| 11 | v. |
| 12 | HARRIS CONSTRUCTION COMPANY, INC., a California corporation and PACIFIC METRO ELECTRIC, a business entity of unknown form; |
| 13 | |
| 14 | |
| 15 | |
| 16 | Counterdefendants. |

IT IS HEREBY STIPULATED by and between the parties to Hartford Casualty Insurance Company's counterclaim in this action, through their designated counsel, that Hartford Casualty Insurance Company's counterclaim is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party is to bear its own attorneys' fees, costs and expenses incurred on the counterclaim in this lawsuit, as well as its own attorneys' fees, costs and expenses related to the "Leprino Claims" as identified in the parties' Settlement Agreement and Release in this action.

DATED: 1/20/06           **LAW OFFICES OF DEB C. PEDERSDOTTER**

**By:** /S/ Deb C. Pedersdotter
　　　　Deb C. Pedersdotter
Attorneys for Plaintiffs and Counterdefendants
HARRIS CONSTRUCTION COMPANY, INC. and
PACIFIC METRO ELECTRIC

DATED: 2/6/06           **MICHELMAN & ROBINSON, LLP**

By: /S/ Katherine A. Tatikian
　　　　Dean B. Herman
　　　　Katherine A. Tatikian
Attorneys for Defendant and Counter-claimant
HARTFORD CASUALTY INSURANCE
COMPANY (Erroneously Sued Herein As
HARTFORD MUTUAL INSURANCE COMPANY)

**IT IS SO ORDERED.**

2/10/2006

/s/ ROBERT E. COYLE
Hon. Robert E. Coyle

PDF created with pdfFactory trial version www.pdffactory.com